AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) |
|---|---|
| v. | ) |
| CAMERON A. THOMAS | ) Case No.   4:20 MJ 5247 NAB |
| | ) SIGNED AND SUBMITTED TO THE COURT FOR |
| | ) FILING BY RELIABLE ELECTRONIC MEANS. |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 28, 2020  in the county of  Jefferson  in the
Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2113 | Bank Robbery |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under penalty of perjury the forgoing is true and correct.

*Complainant's signature*  10-29-2020

Daniel Zwiesler, Special Agent, FBI
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:  10/29/2020

*Judge's signature*

City and state:    St. Louis, Missouri          Honorable Nannette A. Baker, U.S. Magistrate Judge
*Printed name and title*