FILED
NOV 5 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) No. | **4:20CR00709 CDP/NAB** |
| CAMERON A. THOMAS, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 28, 2020, in Jefferson County, within the Eastern District of Missouri,

**CAMERON A. THOMAS,**

the Defendant herein, by force and violence or by intimidation, did take from the person and presence of an employee of First Community State Bank, United States currency belonging to and in the care, custody, control, management and possession of First Community State Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing such offense did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm.

In violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

### COUNT TWO

The Grand Jury further charges that:

On or about October 28, 2020, in Jefferson County, within the Eastern District of Missouri,

**CAMERON A. DAVIS,**

the Defendant herein, knowingly possessed, brandished, and discharged a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, bank robbery, in violation of Title 18, United States Code, Section 2113, as set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(iii).

### COUNT THREE

The Grand Jury further charges that:

On or about October 28, 2020, in Jefferson County, within the Eastern District of Missouri,

**CAMERON A. THOMAS,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

DONALD S. BOYCE, #6282562IL
Assistant United States Attorney